UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RODNEY CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-CV-753 DDN |
| ) | |
| JOHN SHARPE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On June 4, 2018, the Missouri Attorney General's Office indicated that it would not waive service on behalf of John Sharpe as he no longer is employed by the Missouri Department of Corrections. Therefore, the Court will order counsel to submit, under seal and *ex parte*, the last known address for defendant John Sharpe.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **twenty-one days from the date of this Memorandum and Order**, defense counsel shall file, under seal and *ex parte*, the last known home address for defendant John Sharpe.

Dated this 18th day of June, 2018.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE